**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | Case No. 2:24-md-3094-KSM<br><br>MDL 3094 |
| THIS DOCUMENT RELATES TO: | JUDGE KAREN SPENCER MARSTON<br><br>Plaintiff Case NO: |

**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, by and through the undersigned counsel, file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff(s) adopt(s) and incorporate(s) by reference the allegations, claims, and the relief sought in *Plaintiffs' Master Long Form Complaint and Demand for Jury Trial ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiff(s) file(s) this *Short-Form Complaint* as required by Case Management Order ("CMO") No. _____.

**IDENTIFICATION OF PARTIES**

**Plaintiff(s)**

1.      Full (first, middle, and last) name of injured/deceased Plaintiff due to use of GLP-1 RA Product(s): _____.

2.    If applicable, full name(s) and representative capacity of Plaintiff(s) alleging wrongful death claim: _____,

as _____ of the estate of _____, deceased.

3.    If applicable, full name(s) of Plaintiff(s) alleging survival claims, as permitted under state law(s): _____.

4.    If applicable, full name(s) of Plaintiff(s) alleging loss of consortium or loss of services: _____.

**Defendant(s)**

5.    Plaintiff(s)/Decedent is/are suing the following Defendant(s) (check all that apply):

_____ Novo Nordisk Inc.

_____ Novo Nordisk A/S

_____ Eli Lilly and Company

_____ Lilly USA, LLC

_____ other(s) (identify): _____

## JURISDICTION AND VENUE

6.    City and state of Plaintiff's/Decedent's current/last permanent residence:

_____

7.    State where Plaintiff/Decedent was prescribed GLP-1RA(s) at issue:

_____

8.    State of Plaintiff's/Decedent's residence at time of GLP-1RA use:

_____

9.    City and state of Plaintiff's/Decedent's residence at time of diagnosis of injury:

_____

10.    Jurisdiction is based on:

_____ diversity of citizenship pursuant to 28 U.S.C. § 1332

_____ other (plead in sufficient detail as required by applicable rules):

_____

_____.

11.    District Court(s) where Plaintiff(s) might have otherwise filed this Short Form

Complaint, absent this Court's CMO No. __22__, and/or to where remand could be

ordered:

_____

12.    Venue is proper in the District Court Identified in Paragraph 11 based on:

_____ a substantial part of the events and omissions giving rise to Plaintiff(s)'

claims occurred there

_____ other (plead in sufficient detail as required by applicable rules):

_____

_____.

13.    If applicable, identify the citizenship of any additional Defendant(s) named above:

_____

## **PRODUCT USE**

14. Plaintiff/Decedent used the following GLP-1 RA Product(s), for which claims are being asserted in this case (check all that apply):

_____ Ozempic (semaglutide)

_____ Wegovy (semaglutide)

_____ Rybelsus (oral semaglutide)

_____ Victoza (liraglutide)

_____ Saxenda (liraglutide)

_____ Trulicity (dulaglutide)

_____ Mounjaro (tirzepatide)

_____ Zepbound (tirzepatide)

_____ other(s) (specify): _____

15. To the best of Plaintiff(s)' knowledge, Plaintiff/Decedent used GLP-1 RA Product(s) during the approximate date range(s) (month and year) (if multiple products, specify date range(s) for each product):

_____

_____

**INJURIES AND DAMAGES**

16.    To the best of Plaintiffs(s) knowledge, as result of using GLP-1 RA Product(s),

Plaintiff/Decedent suffered the following injuries (check all that apply):

_____    Gastroparesis and/or its sequelae

_____    Other gastro-intestinal injuries (specify) _____

_____    Ileus and/or its sequelae

_____    Ischemic Bowel/Ischemic Colitis

_____    Necrotizing Pancreatitis

_____    Gallbladder Injury and/or its sequelae (specify) _____

_____    Micronutrient Deficiency

_____    Wernicke's encephalopathy

_____    Deep Vein Thrombosis/Pulmonary Embolism[1]

_____    Aspiration

_____    Death

_____    Additional/Other(s) (specify): _____

17.    Plaintiffs(s) injuries occurred in approximately (month and year)?

_____

_____

_____

---

[1] On December 12, 2024, the Judicial Panel on Multidistrict Litigation issued an order declining to transfer into the MDL a case asserting that a plaintiff took a GLP-1RA and developed Deep Vein Thrombosis. *In re Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liab. Litig.*, — F. Supp. 3d —, No. MDL 3094, 2024 WL 5116611, at *1 (J.P.M.L. 2024). The JPML deemed primary claims of deep vein thrombosis ("DVT") injuries are not now properly within the scope of this MDL. However, Plaintiffs assert claims for "secondary conditions" that may include allegations that certain injuries resulted from gastrointestinal conditions, which include DVT and pulmonary embolism, muscle wasting, vitamin and micronutrient deficiencies, and Wernicke's encephalopathy as alleged in the Master Complaint ¶¶ 41, 80-91.

_____

18. In addition, as a result of Plaintiff's/Decedent's use of GLP-1 RA Product(s), Plaintiff(s) suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

_____ Injury to self

_____ Injury to person represented

_____ Economic loss

_____ Wrongful death

_____ Survivorship

_____ Loss of services

_____ Loss of consortium

_____ other(s) (specify): _____

**CAUSES OF ACTION**

19.    In addition to adopting and incorporating by reference the operative Master Long Form Complaint and Jury Demand as stated above, more specifically, Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the following Causes of Action and allegations asserted in the operative Master Long Form Complaint and Jury Demand (check all that apply):

_____ Count 1: Failure to Warn – Negligence

_____ Count 2: Failure to Warn – Strict Liability

_____ Count 3: Breach of Express Warranty / Failure to Conform to Representations

_____ Count 4: Breach of Implied Warranty

_____ Count 5: Fraudulent Concealment / Fraud by Omission

_____ Count 6: Fraudulent/Intentional Misrepresentation

_____ Count 7: Unfair Trade Practices /Consumer Protection

_____ Count 8: Negligent Misrepresentation/Marketing

_____ Count 9: Strict Product Liability Misrepresentation/Marketing

_____ Count 10: Innocent Misrepresentation/Marketing

_____ Count 11: Negligent Design

_____ Count 12: Strict Liability Design Defect

_____ Count 13:  Negligence

_____ Count 14: Negligent Undertaking

_____ Count 15: Wrongful Death

_____ Count 16: Loss of Consortium

_____ Count 17: Survival Action

_____ Other(s) (specify, and on separate pages, plead additional facts supporting any above claim or additional claims in sufficient detail as required by applicable rules):

_____

_____

20.  Do(es) any state Product Liability Act or other statute(s) define the parameters of any or all your claim(s)?  If so,identify the Statute or Rule and identify which Counts marked above, if any, the statute(s) apply. (add factual allegations if not already set forth):

_____

_____

_____

21. If required by statute, Did you provide pre-suit notice to Defendant(s)?  _____.  If so, attach.

### RELIEF

Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Long Form Complaint and Jury Demand*, as appropriate, and any additional relief to which Plaintiff(s) may be entitled.

### JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

Date: _____

By:     /s/ Ruth Rizkalla

Ruth Rizkalla
The Carlson Law Firm
1230 Rosencrans Ave #300
Manhattan Beach, CA 90266
Tel: (800) 359-5690
Email: RRizkalla@
carlsonattorneys.com